**Michael S. GORBEY, Plaintiff—Appellant,**

v.

**State of VIRGINIA; Fairfax County; Clerk's Office, Circuit Court Fairfax County Judicial Center, Defendants—Appellees.**

No. 09–7301.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2009.

Decided: Jan. 5, 2010.

Michael S. Gorbey, Appellant Pro Se.

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael S. Gorbey appeals the district court's order dismissing this action without prejudice because Gorbey failed to comply with a court order.* We have reviewed

---

* The district court ordered Gorbey to complete and submit a questionnaire particularizing

the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *Gorbey v. Virginia,* No. 2:09–cv–00173–RAJ–JEB (E.D.Va. June 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

the factual allegations of his 42 U.S.C. § 1983 claim or risk dismissal of the action.